Frederick YOLE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 67342.

Missouri Court of Appeals, Western District.

March 25, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 29, 2008.

Application for Transfer Denied June 24, 2008.

Elizabeth U. Carlyle, Columbus, MS, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

---

Before PAUL M. SPINDEN, P.J., JAMES M. SMART, JR., and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. Frederick Yole appeals the judgment of the motion court denying his Rule 29.15 motion for post-conviction relief. Mr. Yole alleged that he was provided ineffective assistance of counsel in violation of his due process rights.

The judgment of the motion court is affirmed. Rule 84.16(b).